**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TAMI JONES,**

        **Plaintiff,**

**-vs-**                               **Case No. 6:06-cv-1580-Orl-DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR AWARD OF ATTORNEY'S FEES (Doc. No. 13)**
>
> **FILED:** January 8, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Pursuant to the Equal Access to Justice Act, a party can recover an award of attorney's fees against the government provided that the party seeking the award is the prevailing party; the application for such fees, including an itemized justification for the amount sought, is timely filed; the position of the government is not substantially justified; and no special circumstances are present which would make an award unjust. 28 U.S.C. § 2412(d)(1)(A).

Here, the uncontested motion seeks an award of $992.00 for 6.4 hours at an hourly rate of $155.00, for work performed prior to the Court granting the Commissioner's consent motion to

remand. Upon review of the supporting papers filed by Plaintiff and there being no opposition by the Commissioner, the Court finds that these sums are reasonable and an award is appropriate under the EAJA.

It is therefore **ORDERED** that the motion is **GRANTED** and judgment be entered by the Clerk in the amount of **$992.00** for attorney's fees.

**DONE** and **ORDERED** in Orlando, Florida on January 10, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record